# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STATE OF FLORIDA, etc.,

    Plaintiff,

v.   CASE NO. 4:05cv124-RH/WCS

KIA MOTORS AMERICA, INC.,

    Defendant.

_____/

## ORDER EXTENDING PRELIMINARY INJUNCTION SCHEDULE

The parties have filed yet another "stipulation" for an extension of the briefing schedule on plaintiffs' motion for a preliminary injunction. Upon consideration,

IT IS ORDERED:

1. The parties' stipulation (document 25) is deemed a motion for continuance of the briefing schedule on plaintiffs' motion for a preliminary injunction. The motion is granted. The deadline for defendant's memorandum in opposition to the motion is extended to July 1, 2005. The deadline for any reply memorandum in support of the motion is extended to July 13, 2005.

2. The clerk shall schedule a hearing on the motion for preliminary injunction for the first available date on or after July 25, 2005.

3. No other deadlines are extended by this order. The deadline for plaintiffs to file an amended complaint remains June 20, 2005. Trial remains scheduled for October 3, 2005.[1]

SO ORDERED this 16th day of June, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge

---

[1] The parties' various "stipulations" delaying proceedings on plaintiffs' motion for a preliminary injunction have been granted. The case can go forward with or without a ruling on that motion. The parties should be aware, however, that the parties' involvement in settlement discussions will provide no basis for extending the discovery deadline or continuing the trial. The court's experience is that granting a continuance for settlement discussions (1) prolongs the settlement discussions, (2) thereby increases the expense of the litigation for both sides, and (3) otherwise affects neither the outcome of the settlement discussions nor the quality of any trial.